IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FRANK C. JOHNSON, JR.,

    Plaintiff,

v.                                          CASE NO. 1:11cv255-MP-GRJ

BANK OF NEW YORK MELLON
TRUST COMPANY, NA.,

    Defendant.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 28, 2011. (Doc. 8). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Plaintiff's Motion For Leave To File Notice of Removal (doc. 1) is DENIED.

3.    The Clerk is directed to terminate all pending motions (docs. 3, 4, 5, 6, 7, 15, 16, 17, 18, 19, & 20) and close the file.

4.    The Clerk is also directed not to accept any further motions for filing in this case after the court enters its final order.

**DONE and ORDERED** this 10th day of February, 2012.

                                        *s/ M. Casey Rodgers*
                                    **M. CASEY RODGERS**
                                    **CHIEF UNITED STATES DISTRICT JUDGE**